IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN NAVARRO,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-1978 |
| | : | |
| **SUPERINTENDENT DELBASO, et al.,** | : | |
| Respondents. | : | |

# O R D E R

AND NOW, this 11th day of August, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 21), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Request for a Stay and Abeyance (Hab. Pet., ECF No. 2, at 13) is GRANTED.

3. The petition for writ of habeas corpus is STAYED and held in ABEYANCE while Petitioner litigates his PCRA petition in the state courts.

4. Petitioner shall notify the District Court within thirty days of the conclusion of the state court proceedings. At that time, Petitioner shall provide a written status report detailing the conclusion of his state court proceedings, and include a copy of the relevant state court disposition. Petitioner shall inform the District Court whether the state court proceedings impacted his habeas petition in any way.

BY THE COURT:

/s/ Chad F. Kenney

_____
CHAD F. KENNEY,        J.