**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN NAVARRO,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **BERNADETTE MASON, et al.,** | : | NO.   19-cv-1978 |
| *Respondents*. | : | |

# ORDER

**NOW**, this **1st day** of **May 2024**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 2), the Commonwealth's Responses (ECF No. 19, 42), Petitioner's Reply (ECF No. 44), the Commonwealth's Sur-Reply (ECF No. 50), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (the "Report and Recommendation") (ECF No. 53), and Petitioner's Objection (ECF No. 54), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation (ECF No. 53) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* (ECF No. 2) is **DISMISSED**;

3. Petitioner's Objection (ECF No. 54) is **OVERRULED**;

4. Petitioner's request for the Court to grant a "Limited Discovery Order to Order the Production of [Detective John McDermott's] misconduct record" is **DENIED**; and

5. No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**